Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Transworld Systems, Inc. and
National Collegiate Student Loan Trust 2006-1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY R. HORN,<br><br>         Plaintiff,<br>    vs.<br><br>TRANSWORLD SYSTEMS, INC.,<br>NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2006-1,<br>and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: **'17CV1495 AJB  JMA**<br><br>NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendants Transworld Systems, Inc. and National Collegiate Student Loan Trust 2006-1 ("Defendants") hereby remove to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. §1692, *et. seq*.

2. On or about June 15, 2017 the action was commenced in the Superior Court of the State of California, County of San Diego, entitled, *Tracy R. Horn v. Transworld Systems, Inc.; National Collegiate Student Loan Trust 2006-1*, Case No. 37-2017-00021781 CL-MC-CTL (the "State Court Action").  A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which TSI first received a copy of the said Complaint was June 22, 2017, when TSI's agent for service of process was served with a copy of the Complaint.  Thus, pursuant to 28 U.S.C. § 1446(b), and FRCP 6(a)(3), Defendants have timely filed this Notice of Removal.

4. Both Transworld Systems, Inc. and National Collegiate Student Loan Trust 2006-1 consent to the removal.

5. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

6. The State Court Action is located within the Southern District of California.  Therefore, venue for purposes of removal is proper because the United

States District Court for the Southern District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

7.   Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated:  7/24/17                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Harijot S. Khalsa*
Harijot S. Khalsa
Attorney for Defendants
Transworld Systems, Inc. and
National Collegiate Student Loan Trust 2006-1