# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Transworld Systems, Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Tracy R. Horn

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* | **CASE NUMBER:** <br> *(Número del Caso):* <br> **37-2017-00021781-CL-MC-CTL** |

Superior Court of California, County of San Diego
330 W Broadway San Diego, CA 92101

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Andrew Rundquist SBN 262523 501 W Broadway Suite A144 San Diego CA 92101  (619)992-9148

| DATE: <br> *(Fecha):* 1 6 JUN 2017 | Clerk, by <br> *(Secretario)* **N. REYES** | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):* Transworld Systems, Inc.

   under: [✓] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

*Form Adopted for Mandatory Use*
*Judicial Council of California*
*SUM-100 [Rev. July 1, 2009]*

**SUMMONS**

Page 1 of 1

*Code of Civil Procedure §§ 412.20, 465*
*www.courtinfo.ca.gov*

Law Offices of Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
(619) 992-9148
andrew@rundquistlaw.com
Attorney for Plaintiff Tracy R Horn

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| TRACY R. HORN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INC;<br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2006-1; AND DOES 1-<br>10, INCLUSIVE<br><br>　　　　Defendant | Case No.: 37-2017-00021781-CL-MC-CTL<br><br>COMPLAINT FOR UNLAWFUL<br>DEBT COLLECTION PRACTICES<br><br>JURY TRIAL DEMANDED |

**BY FAX**

Now COMES Plaintiff TRACY R HORN, by and through her attorney THE LAW OFFICE OF ANDREW P RUNDQUIST, in her claim for damages against defendant TRANSWORLD SYSTEMS INC; ("TSI") and defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 ("NCT") and DOES 1-10, Inclusive.

## I.　INTRODUCTION

1.　This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act 15 U.S.C S 1692

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

et seq. (hereafter the "FDCPA") and the California Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.33 ("RFDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2.    The California Legislature has found:

The banking end credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. California Civil Code§ 1788.l(a)(I).

3.    This is a consumer action brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et. seq.*, that was enacted by the United States Congress after it found abundant evidence of the use of abusive, deceptive and unfair collections practices by many debt collectors contributing to personal bankruptcies, marital instability, loss of jobs and invasions of individual privacy. Congress intended the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure those debt collectors who do refrain from using abusive debt collection practices are not competitively disadvantaged and to promote consistent State action to protect consumers against debt collections abusers.

## II.    JURISDICTION AND VENUE

4.    The California Superior Court has jurisdiction over this action pursuant to California Code of Civil Procedure § 410.10 and California Constitution Article VI, § 10. Which grants the Superior Court "original jurisdiction in all cases except those given by statute to other trial courts." This Court also has jurisdiction over this action pursuant to California Civil Code §

1788.30(f). which provides for enforcement in any court of competent jurisdiction. The statutes under which this action is brought do not grant jurisdiction to any other trial court in California.

5.     This Court has jurisdiction over each Defendant named herein because, based on information and belief each Defendant is a corporation or association authorized to do business in California and registered with the California Secretary of State, or does sufficient business, has sufficient minimum contacts in California, is a citizen of California, or otherwise intentionally avails itself of the California market through the promotion, sale, marketing and/or distribution of goods and services in California and thereby having such other contacts with California so as to render the exercise of jurisdiction over it by the California courts consistent with traditional notions of fair play and substantial justice.

6.     Venue is proper in the San Diego County Superior Court, pursuant to California Code of Civil Procedure §§ 395 and 395.5, because one or more of the violations alleged in this Complaint arise in the County of San Diego. Venue is also proper in the San Diego County Superior Court, pursuant to California Code of Civil Procedure § 395(b), because this action arises from an extension of credit intended primarily for personal, family or household use end Plaintiff (the borrower) resided in the County of San Diego at the commencement of this action.

## III.   PARTIES

7.     Plaintiff TRACY R HORN is a natural person residing in San Diego County, California from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED .

"consumer" as that term is defined by 15 USC 1692(a)(3) and is a "debtor" as that term is defined by California Civil Code S 1788.2(h).

8.      Plaintiff is informed and believes, and thereon alleges, Defendant TSI is, and always mentioned herein was, a corporation whose State of Incorporation is in California and principal place of business is in Beverly Hills, California.  TSI may be served as follows: TRANSWORLD SYSTEMS, INC., c/o CT CORPORATION SYSTEM 818 W 7TH ST STE 930 LOS ANGELES CA 90017. The principal business of TSI is the collection of defaulted consumer debts using the mails and telephone, and TSI regularly attempts to collect defaulted consumer debts alleged to be due another. TSI is a "debt collector" as that term is defined by California Civil Code §1788.2(c). TSI is a "third-party debt collector subject to the federal Fair Debt Collection Practices Act (15 U.S.C. Sec. 1692 et seq.)", within the meaning of California Civil Code § 1812.700(a).

9.      The principal business of NCT is the collection of defaulted consumer debts using the mails and telephone, and NCT regularly attempts to collect defaulted consumer debts alleged to be due another. NCT is a "debt collector" as that term is defined by California Civil Code §1788.2(c).  NCT may be served as follows: Through its registered agent Wilmington Trust Company at 100 North Market Street, Wilmington, DE 19890.

10.     The true name and capacities, whether individual, corporate, associate, governmental, or otherwise, of Defendants, DOES 1 through 10, are unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff is informed and believes, and thereon alleges, that each Defendant designated herein as a DOE

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

is responsible, negligently or in some other actionable manner, for the events and happenings hereinafter referred to, and caused damages thereby to the Plaintiff as hereinafter alleged. Defendant, DOES 1-10, are, and each of them is, a "debt collector" as that term is defined by California Civil Code§ 1788.2(c) and "third-party debt collector subject to the federal Fair Debt Collection Practices Act (15 U.S.C. Sec. 1692 et seq.)", within the meaning of California Civil Code§ 1812.700(a).

11.     At all times herein mentioned, each of the Defendants was the agent, servant, employee and/or joint venturer of his/her/its Co-Defendants, and each of them, and at all said times, each Defendant was acting in the full course and scope of said agency, service, employment and/or joint venture. Any reference hereafter to "Defendants" without further qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

12.     Plaintiff is informed and believes, and thereon alleges that at all times herein mentioned, Defendants, DOES 1-10, inclusive were and are individuals, corporations, partnerships, unincorporated associations. sole proprietorships and/or other business entities organized and existing under and by virtue of the laws of the State of California, or the laws of some other state or foreign jurisdiction, and that said Defendants, and each of them have regularly conducted business in the County of San Diego, State of California.

## IV.   FACTUAL ALLEGATIONS

13.     On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation which was incurred primarily for personal, family or household purposes and therefore a "debt" as that term is defined by Cal. Civil Code S 1788.2(f) and 15 USC 1692a(5).

5
COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

14.   Sometime thereafter on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Weltman, Weinberg & Reis Co., LPA, Attorneys at Law ("WWR").

15.   On or about August 11th, 2016, WWR sent Plaintiff a collection letter "Exhibit 1" ("WWR Demand letter") which is a "communication" in an attempt to collect a "debt".

16.   The WWR Demand Letter advised Plaintiff it had been retained to collect

RE:   Current Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1
      Account No. - XXX846282-002-PHEA
      WWR No.: 21263198
      Balance Due as of August 11, 2016: $19,629.04

See Exhibit 1.

17.   Plaintiff was worried about making payments on the alleged debt and was frightened by aggressive and persistent collection tactics.

18.   Plaintiff sought relief from her serious financial circumstances and enlisted the aid of Attorney Andrew P Rundquist in dealing with Plaintiff's creditors and collectors.

19.   By letter dated January 13th, 2017 (Exhibit 2 "Attorney Representation letter") WWR was notified by attorney Andrew P Rundquist he was representing Plaintiff regarding WWR's internal file # 21263198 and to "immediately terminate any contact with Ms. Horn, or any members of her family or household, regarding any matter concerning the collection of an alleged debt you are attempting to collect." It is believed Exhibit 2 "Attorney Representation Letter" was received by WWR on or about January 17th, 2017.

6
COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

20.     On or about January 26th, 2017 Plaintiff's attorney initially spoke with "Dave", who was employed with WWR and thereafter spoke with "Rick Frum", regarding Plaintiff's purported debt currently being handled by WWR and assigned WWR file # 21263198 regarding Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 and Creditor's Account#: XXXXX6282-002-PHEA.

21.     Both "Dave" and "Rick Frum", employees with WWR acknowledged receipt of the Exhibit #2 Attorney Representation Letter regarding Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 and Creditor's Account#: XXXXX6282-002-PHEA.

22.     Additionally, after Plaintiff's attorney concluded speaking with "Rick Frum", Plaintiff's attorney sent a follow up email on January 26th, 2017 to "Rick Frum" confirming certain matters discussed in the conversation on January 26th, 2017.

23.     Upon information and belief, Plaintiff alleges WWR provided notice to defendant NCT on or about January 17th, 2017 Plaintiff had retained the services of attorney Andrew P. Rundquist and any additional communication with Plaintiff was to be immediately terminated regarding Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 and Creditor's Account#: XXXXX6282-002-PHEAR.

24.     Notwithstanding WWR's receipt of the Attorney Representation Letter, Defendant TSI contacted Plaintiff directly with its collection letter
"Date: February 4th, 2017
Our Account #: 64774600
Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1
School Name: N/A
Lender Name: N/A

7

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

Creditor's Account#: XXXXX6282-002-PHEA

Principal: $19154.72

Interest: $924.07.

Current Interest Rate: 4.91

Collection Costs/Charges: $0.00

Other: $0.00

Current Balance Due: $20078.79"

See Exhibit 3 "TSI Collection Letter".

25.     Upon information and belief, Plaintiff contends the Exhibit 3 TSI Collection Letter concerned the purported debt previously identified in Exhibit 1 WWR Demand Letter and Exhibit 2 Attorney Representation Letter.

26.     Upon information and belief, prior to Defendant TSI mailing Exhibit 3 TSI Collection Letter directly to Plaintiff on or about February 4th, 2017, Plaintiff alleges defendant TSI and defendant NCSL had actual knowledge of Plaintiff being represented by attorney Andrew P. Rundquist.

27.     Upon information and belief, Plaintiff alleges prior to Defendant TSI mailing Exhibit 3 TSI Collection Letter directly to Plaintiff on or about February 4th, 2017, NCSL had notice of Plaintiff being represented by attorney Andrew P. Rundquist.

28.     Upon information and belief, Plaintiff alleges prior to Defendant TSI mailing Exhibit 3 TSI Collection Letter directly to Plaintiff, TSI had notice of Plaintiff being represented by attorney Andrew P. Rundquist.

29.     Defendants' conduct violated the FDCPA and RFDCPA, as incorporated by Cal. Civ. Code S 1788.17.

## FIRST CAUSE OF ACTION
### Asserted against Defendant Transworld Systems, Inc. only

8

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICES JURY TRIAL DEMANDED -

30.   Plaintiff incorporates by reference all the foregoing paragraphs.

31.   Defendant TSI violated the following sections of the FDCPA, incorporated into California law by Cal. Civ. Code S 1788.17;

Communicating with the consumer when the debt collector:

**...knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address...**

(Violation of 15 U.S.C. S 1692(c)(a)(2).)

## SECOND CAUSE OF ACTION
### Asserted against Defendant Transworld Systems, Inc. and Defendant National Collegiate Student Loan Trust 2006-1

32.   Defendants violated the following section of the RFDCPA:

**1788.14. No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:**

**(c)   Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney...**

## V.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff for the following relief:

9

COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED

A.   Statutory damages against defendants pursuant to Cal. Civ. Code §§ 1788.17 and 1788.30, and 15 U.S.C. § 1692k, as follows:

    1.   against Transworld Systems Inc., $2,000;

    2.   against National Collegiate Student Loan Trust, $2,000;

B.   Attorney's fees and litigation expenses as provided by Cal. Civ. Code S 1788.32 and 15 U.S.C. S 1692k(a).

June 5th, 2017

Respectfully submitted,

The Law Office of Andrew P Rundquist

By: *Andrew Rundquist*

Andrew Rundquist  (SBN: 262523)
ATTORNEY FOR PLAINTIFF

DEMAND FOR JURY TRIAL
PLEASE TAKE NOTICE Plaintiff, TRACY R. HORN, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

By: *Andrew Rundquist*

Andrew Rundquist (SBN: 262523)
ATTORNEY FOR PLAINTIFF

10
COMPLAINT FOR UNLAWFUL DEBT COLLECTION PRACTICESJURY TRIAL DEMANDED -

# WELTMAN, WEINBERG & REIS Co., LPA

### ATTORNEYS AT LAW

*Over 80 Years of Service.*

3705 Marlane Drive Grove City, OH 43123-8895
(614) 801-2600   (800) 223-2070
Mon-Thurs 8AM-9PM, Fri 8AM-5PM, & Sat 8AM-12PM EST

August 11, 2016

TRACY R HORN
7025 CHARMANT DR APT 252
SAN DIEGO CA 92122-4348

RE:   Current Creditor:  NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1
　　　Account No. - XXX846282-002-PHEA
　　　WWR No.: 21263198
　　　Balance Due as of August 11, 2016: $19,629.04

Dear TRACY R HORN:

Please be advised that the above referenced account has been placed with us to collect the outstanding balance due and owing on this account to the current creditor referenced above. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact us at 1-800-223-2070 to discuss an appropriate resolution for this matter. Additionally, you may be able to pay on your account online via our web pay website at www.wwrepay.com.

This communication is from a debt collector attempting to collect this debt for the current creditor and any information obtained will be used for that purpose. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days after receipt of this letter, we will assume that the debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment and a copy of such verification or judgment will be mailed to you. If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR RIGHTS

---

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***　　WCWWELT01323

3705 Marlane Drive
Grove City, OH 43123-8895
ADDRESS SERVICE REQUESTED

**WWR FILE NO. - 21263198**
Balance Due as of August 11, 2016: $19,629.04

August 11, 2016

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
P.O. Box 93596
Cleveland, OH 44101-5596

SHU/323/22292409/0410-323　　197573218
|||||µ|||ᵒ|||µʰ|||||||ₐ||µ||ₚ||ᵈₐₗₐ|ᵍᵏₗ||||||ᵢₙᵍ|ᵗᵈ||ᵢₚ
TRACY R HORN
7025 CHARMANT DR APT 252
SAN DIEGO CA 92122-4348

SHU/323/22292409/0410

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under  unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EXHIBIT 2

Law Office of Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
(619) 992-9148
aprundquist@gmail.com
Attorney for Tracy Horn

January 13, 2017

Weltman, Weinberg & Reis, Co
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113

RE: Tracy Horn
Your file #: 21263198

Please be advised that this office has been retained by the client, Tracy Horn to represent her in the above referenced matter.

This also serves to advise you pursuant to the Fair Debt Collection Practices Act (FDCPA) 15 USC §1692c(c), you are hereby notified to immediately terminate any contact with Ms. Horn., or any members of her family or household, regarding any matter concerning the collection of an alleged debt you are attempting to collect.   This notice shall include, but is not limited to written correspondence, as well as telephone communication.

Additionally, this debt is disputed; therefore, until validated you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them of the dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2.

Moreover, we are requesting you provide our office with (1) any and all collection letters you have sent to Ms. Horn and (2) any and all documents involving Ms. Horn entered an agreement allowing you or the creditor to collect interest on this account.

Please provide these letters to us within 14 days from the date of this letter.  In the event we do not hear from you, I will assume such documents do not exist.

*Andrew Rundquist*

EXHIBIT 5

Box 11618
Dept. 926
Wilmington, DE 19850-5618
926.6808.EDGV1

TRANSWORLD SYSTEMS INC
500 Virginia Dr Suite 514
Ft Washington, PA 19034
800-825-6523

Calls to or from this company may be monitored
or recorded.

97608 - 7

TRACY R HORN
6850 MISSION GORGE RD
RD A
SAN DIEGO CA  92120-2469

Date: February 4, 2017
Our Account #: 64774600
Creditor: NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-1
School Name: N/A
Lender Name: N/A
Default Date: 02/01/16
Creditor's Account #: XXXXX6282-002-PHEA
Principal: $19154.72
Interest: $924.07
Current Interest Rate: 4.91
Collection Costs/Charges: $0.00
Other: $0.00
Current Balance Due: $20078.79
This Balance is a Sum of Balances from 1 Account(s).
Notice: See Reverse Side For Important Information.

The creditor, noted above, has placed your defaulted loan(s) with our agency for collection.

The creditor has informed us that this amount is due in full.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This is a communication from a debt collector.

Office Hours: Monday through Thursday 8:00am to 9:00pm and Friday 8:00am to 5:00pm (ET).

The account balance may be periodically increased due to the addition of accrued interest or other charges, as provided in the agreement with the original creditor, or as otherwise provided by applicable law.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations, but we will not submit a negative credit report to a credit reporting agency about this credit obligation until after expiration of the 30 day time period described in this letter.

If you have an income tax refund, perhaps you can use the proceeds to pay this account.

Federal and state law prohibit certain methods of debt collection, and require that we treat you fairly.  If you have a complaint about the way we are collecting your debt, please visit our website at https://www.transworldpayments.com or contact the FTC online at www.ftc.gov, by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., NW, Washington, DC 20580.  If you want information about your rights when you are contacted by a debt collector, please contact the FTC online at www.ftc.gov.

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)**

| Our Account # | Current Balance Due |
|---|---|
| 64774600 | $20078.79 |
| TRACY R HORN | |
| Payment Amount | |
| $ | |

Check here if your address has changed and print
your new address in the space provided below.

Make Payment To:

TRANSWORLD SYSTEMS INC.
P.O. BOX 15109
WILMINGTON, DE 198505109

0926 000064774600 1 02007879 1 0000 2

P8808
7

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 am. or after 9:00pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or http://www.ftc.gov/.