Law Office of Andrew P Rundquist
Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
Tel. (619)992-9148
andrew@rundquistlaw.com


Attorney for Plaintiff
TRACY R HORN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY R. HORN,<br><br>                    Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS INC.;<br>NATIONAL COLLEGIATE STUDENT<br>LOAN TRUST 2006-1; AND DOES 1-10,<br>INCLUSIVE<br><br>                    Defendants. | Case No.  3:17-cv-01495-AJB-JMA<br><br>**NOTICE OF SETTLEMENT** |

   NOTICE IS HEREBY GIVE this case has been settled in its entirety.  The parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days.  Plaintiff requests all pending dates and filing requirements be vacated and the Court set a deadline on or after October 1st, 2017.


   Dated August 15th, 2017                    Law Office of Andrew P Rundquist

                                               By: /s/ Andrew P Rundquist
                                               Andrew P Rundquist, Esq.
                                               Attorney for Plaintiff Tracy R. Horn

- 1 -

Notice of Settlement

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is Law Office of Andrew P Rundquist, 501 W Broadway Suite A144 San Diego, CA 92101. On August 15th, 2017, I served the within document(s):

Plaintiff's Notice of Settlement

X      CM/ECF – by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the above is true and correct. Executed on August 15th, 2017, at San Diego, CA.

By: /s/ Andrew P Rundquist
Andrew P Rundquist