# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY R. HORN,<br><br>                Plaintiff,<br><br>  v.<br><br>TRANSWORLD SYSTEMS INC.; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; AND DOES 1-10, INCLUSIVE<br><br>                Defendants. | Case No.  3:17-cv-01495-AJB-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[DOC. 6]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good Cause appearing, the Court **GRANTS** the joint motion [Doc. 6] and **DISMISSES** this case **WITH PREJUDICE**.  In light of the dismissal, all other pending motions are terminated.

    IT IS SO ORDERED.

Dated:  September 13, 2017

                                              Hon. Anthony J. Battaglia
                                              United States District Judge